Scott R. Shewan – CA  State Bar No. 119085
**PAPE & SHEWAN, L.L.P.**
642 Pollasky Ave, Suite 200
Clovis, California 93612
(559) 299-4341
(559) 299-0920 Fax

Attorneys for Plaintiff
    Golden Valley Grape Juice and Wine, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN VALLEY GRAPE JUICE AND WINE, LLC, a limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>CENTRISYS CORPORATION, a Wisconsin corporation, dba CENTRISYS CENTRIFUGE SYSTEMS, and Does 1 through 10,<br><br>Defendants. | Case No.  1:09-CV-01424-LJO-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER, CONTINUING PRETRIAL CONFERENCE AND TRIAL**<br><br>DENIED  (See page 2) |

Pursuant to the Stipulation of the parties filed June 1, 2010,

IT IS HEREBY ORDERED that the Scheduling Order be modified as follows:

Expert Disclosure:                              August 1, 2010

Supplemental Expert Disclosure:       September 1, 2010

Non-Expert Discovery Cutoff:            September 28, 2010

Expert Discovery Cutoff:                    October 1, 2010

Pretrial Motion Filing Deadline:         September 15, 2010

Pretrial Hearing Deadline:                  October 20, 2010

1

| | |
|---|---|
| Pretrial Conference: | January 10, 2011, 8:15 a.m. (LJO) |
| Trial: | March 7, 2011, 8:30 a.m. (LJO) |

The Court has received and reviewed the request for a continuance of the trial in the above-referenced case. Good cause has not been stated to justify the request. The trial date is firm. The motion is denied.

Dated: June 7, 2010

/s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
U.S. District Court Judge