UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN VALLEY GRAPE JUICE AND WINE, LLC,<br><br>    Plaintiff,<br><br> vs.<br><br>CENTRISYS CORP.,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 09-1424 LJO SKO<br><br>**ORDER AFTER SETTLEMENT** |

  Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 4, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

  This Court VACATES all pending dates and matters, including the October 4, 2010 pretrial conference and December 6, 2010 trial.

  Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated: September 20, 2010**     /s/ Lawrence J. O'Neill
                     UNITED STATES DISTRICT JUDGE