# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN VALLEY GRAPE JUICE AND WINE, LLC,<br><br>　　　　　　Plaintiff,<br>　vs.<br>CENTRISYS CORP.,<br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 09-1424 LJO SKO<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 43.) |

　　　　Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

　　　　1.　　DISMISSES with prejudice this entire action and cross-action;

　　　　2.　　VACATES all pending matters; and

　　　　3.　　DIRECTS the clerk to close this action.


　　　　IT IS SO ORDERED.

**Dated:　September 22, 2010**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1